UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**V.**                                                    **CRIMINAL ACTION NO.3:07CR-82–04-R**

**JERRY CRENSHAW**                                                                **DEFENDANT**

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant as to Counts 1 and 2 in the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **February 20, 2008 at 12:00 p.m.**, before the Honorable Thomas B. Russell, Judge United States District Court.

Copies to: U.S. Attorney
               U.S. Marshal
               U.S. Probation
               Counsel of Record